IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


TAMMY L. STAFFORD,                                    )
                                                      )
v.                                                    )        3:10-0766
                                                      )
MICHAEL J. ASTRUE, Commissioner of Social             )
Security.                                             )


**O R D E R**


The Court has considered the Report and Recommendation of Magistrate Judge Griffin, the objections

of the Plaintiff, and the response of the Commissioner to the objections.

The decision of the Administrative Law Judge, as the Report and Recommendation so recommends,

is supported by substantial evidence.  The Report and Recommendation is therefore adopted as the findings

and conclusions of the Court.

The Plaintiff's Motion for Judgment on the Administrative Record, Document #11, is **DENIED**, and

the decision of the Commissioner is **AFFIRMED**.  This case is **DISMISSED.**

It is so **ORDERED**.


_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge